**JUDGE VYSKOCIL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| VERTICAL AVIATION NO. 1 LLC, |
| Plaintiff |
| v. |
| THE GOVERNMENT OF THE REPUBLIC OF TRINIDAD AND TOBAGO, |
| Defendant. |

RECEIVED
2020 JUN 26 PM 2:37
Civil Action No.: U S DISTRICT COURT SDNY

**20 CV 4970**

### ORDER

Upon consideration of Plaintiff Vertical Aviation No. 1 LLC's letter-motion to seal, the Court hereby GRANTS the motion and orders as follows:

1. The unredacted version of Plaintiff's Complaint, along with Exhibit A to the Complaint, shall remain under seal.

2. The Clerk of Court is directed to open the case and docket the redacted Complaint on the ECF system.

Dated: June 29, 2020

By: _____
United States District Judge

**JUDGE VYSKOCIL**

**SUSMAN GODFREY L.L.P.**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

**20 CV 4970**

RECEIVED
2020 JUN 26  PM 2:37
U S DISTRICT COURT SDNY

| | | |
|---|---|---|
| SUITE 5100 | SUITE 1400 | SUITE 3800 |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

SHAWN J. RABIN
DIRECT DIAL (212) 471-8347

E-MAIL SRABIN@SUSMANGODFREY.COM

June 26, 2020

*Via Paper Filing*

Clerk of Court
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Vertical Aviation No. 1 LLC v. The Government of the Republic of Trinidad and Tobago*

Dear Clerk:

Plaintiff in the above-captioned action offers this letter-motion to seal regarding redactions contained in Plaintiff's Complaint and one sealed exhibit (Ex. A, the Settlement Agreement).

This is a breach-of-contract action stemming from Defendant's lease of one of Plaintiff's helicopters. Plaintiff originally filed this lawsuit in 2018 and it was assigned to Judge Keenan (Civil Action No. 1:18-cv-7754). Plaintiff voluntarily dismissed the case without prejudice after the parties reached a settlement in 2019. The Settlement Agreement provided that Plaintiff would refile its lawsuit if Defendant failed to comply with the settlement terms. Plaintiff is filing this lawsuit following Defendant's failure to comply with the settlement terms.

The limited redactions highlighted in the sealed Complaint, which relate to the specific monetary and non-monetary terms and conditions of settlement, have been made to preserve the parties' privacy and confidentiality interests in compliance with the terms of their 2019 Settlement Agreement, which prohibits public disclosure of the terms of that agreement. *See* Ex. A to the Complaint, ¶ 11. Plaintiff also seeks leave to file the Settlement Agreement under seal as Exhibit A to the Complaint.

June 26, 2020
Page 2

Plaintiff respectfully requests entry of an order (1) granting this letter-motion to seal and (2) directing the Clerk of Court to open the case and publicly docket the redacted version of the Complaint on ECF. A proposed order is attached to this letter-motion.

Sincerely,

Shawn J. Rabin